UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DYE ANN HENDERSON

VERSUS

J.C. PENNY CORPORATION, INC.

CIVIL ACTION

NO. 12-691-SDD-RLB

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 16, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, Plaintiffs' *Motion to Remand* (Rec. Doc. 2) is denied.

Baton Rouge, Louisiana, August 7TH, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA